Prob 12C (7/93)

# UNITED STATES DISTRICT COURT



for

## WESTERN DISTRICT OF TEXAS

2025 MAR -6 PM 3: 08

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Michael Edward Escarcega

**Case Number:** EP-17-CR-02359DCG(1)

**Name of Sentencing Judicial Officer:** David C. Guaderrama, Senior U.S. District Judge

**Date of Original Sentence:** March 22, 2018

**Original Offense:** Importation of a Controlled Substance, to wit: 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 952 and 960

**Original Sentence:** Sixty (60) months custody, followed by four (4) years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** March 15, 2022

**Assistant U.S. Attorney:** Christopher K. Mangels

**Defense Attorney:** Felix Valenzuela

### PREVIOUS COURT ACTION

On April 18, 2023, a Petition for Warrant or Summons for Offender Under Supervision was submitted to the Court due to Escarcega's failure to report to the probation officer as instructed, failure to report a change in address, failure to attend co-occurring treatment and his failure to reside in a residential reentry center for 120 days. On July 20, 2023, the Court denied the Petition for Warrant or Summons for Offender Under Supervision and continued Escarcega on supervision.

On November 6, 2024, a Status Hearing was held to address Escarcega's failure to notify his probation officer of a change in residence, change in employment, and failure to comply with drug testing. The Court accepted the probation officer's recommendation to continue with a 90-day curfew.

On December 5, 2024, the Court modified Escarcega's conditions of supervision and imposed a curfew schedule for a period of three (3) months.

On December 18, 2024, a Status Hearing was held to address Escarcega's positive drug screen on December 4, 2024, and his failure to report to the probation officer as instructed. The Court admonished Escarcega and ordered him to comply with his conditions of supervision.

**\*Amended to include Escarcega submitted a positive urinalysis for marijuana on February 10, 2025, and failed to attend co-occurring treatment on February 12, 2025, and February 13, 2025.**

Michael Edward Escarcega
Docket No. **EP:17-CR-02359DCG(1)**
Amended Petition for Warrant or Summons for Offender Under Supervision
P a g e | 2

## PETITIONING THE COURT

**[X]**    Warrant in effect

**[ ]**    To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:**  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

**Nature of Noncompliance:** On September 23, 2024, October 11, 2024, October 15, 2024, November 4, 2024, December 4, 2024, January 23, 2025, and February 10, 2025, Escarcega submitted random drug screens which tested positive for marijuana. Escarcega admitted to the drug use and/or the drug screens were confirmed positive by the laboratory.

**Violation Number 2:**  The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant must abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.

**Violation Number 3:**  The defendant shall participate in a mental health treatment program and follow the rules and regulations of that program.  The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.).  The defendant shall pay the costs of such treatment, if financially able. The defendant shall take all mental health medications that are prescribed by the treating physician.

**Nature of Noncompliance:** Escarcega failed to attend his co-occurring treatment sessions at Professional Counseling and Recovery Services (PCRS) on June 18, 2024, July 2, 2024, July 16, 2024, August 23, 2024, November 25, 2024, December 9, 2024, December 23, 2024, February 12, 2025, and February 13, 2025.

Escarcega failed to submit drug screens as scheduled on June 12, 2024, July 25, 2024, October 31, 2024, November 20, 2024, December 17, 2024, January 7, 2025, and January 22, 2025.

Additionally, Escarcega failed to attend his mental health medication monitoring appointments at PCRS on July 25, 2024, August 9, 2024, September 20, 2024, and October 31, 2024.

Michael Edward Escarcega
Docket No. EP:17-CR-02359DCG(1)
Amended Petition for Warrant or Summons for Offender Under Supervision
P a g e | 3

## U.S. Probation Officer Recommendation:

The term of supervision should be

      [X] revoked.

      [ ] extended for _____ years, for a total term of _____ years.

      [ ] modified as follows:

Respectfully submitted,

Xochitl Martinez
U.S. Probation Officer
Office (915) 585-6558
Cellular (915) 861-8699

Date: February 27, 2025

Approved by,

David C. Trejo
Supervising U.S. Probation Officer
Office (915) 585-5576
Cellular (915) 861-8369